# EXHIBIT A

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

| | |
|---|---|
| WEATHERPROOF WRAPS LLC (A/AO HOLY TRINITY GREEK ORTHODOX CHURCH) | **CASE #:**   **2020-CA-012510-O**<br>**COURT:**   **NINTH JUDICIAL CIRCUIT**<br>**COUNTY:**   **ORANGE**<br>**DFS-SOP #:**   **21-000045900** |

PLAINTIFF(S)

VS.

HANOVER INSURANCE COMPANY (THE)

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Tuesday, February 2, 2021 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, February 4, 2021 to the designated agent for the named entity as shown below.


HANOVER INSURANCE COMPANY (THE)
CHARLES F CRONIN
440 LINCOLN ST
WORCESTER, MA 01653


**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule  #1.080**


*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer


KATHRYN SIMPSON
ASSOCIATE ATTORNEY
PAZOS LAW GROUP
2455 E SUNRISE BLVD.
FORT LAUDERDALE, FL 33304

SKT

RECEIVED AS STATUTORY REGISTERED AGENT
February, 2021 and served on defendant or named party on 04 February, 2021
by the Florida Department of Financial Services

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2020-CA-012510-O

WEATHERPROOF WRAPS LLC,
(a/a/o Holy Trinity Greek Orthodox Church),

        Plaintiff,

v.

HANOVER INSURANCE COMPANY,

        Defendant.

_____/

<u>**CIVIL SUMMONS**</u> ON AMENDED COMPLAINT

**THE STATE OF FLORIDA**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint, Interrogatories, Request for Production and Request for Admissions, in this action on Defendant:

**By serving:**      **HANOVER INSURANCE** COMPANY
                **C/O FLORIDA CHIEF FINANCIAL OFFICER AS RA**
                **200 E. GAINES STREET**
                **TALLAHASSEE FL 32399**

Each defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to-wit:

**Whose Address Is:**    **Aileen Siles, Esq.**
                **Pazos Law Group, P.A.**
                **800 Douglas Road, Suite 830**
                **Coral Gables, Florida 33134**

Within 20 days after service of this summons on the defendant, exclusive of the day or service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

                        **DATED** this _____ day of __FEBRUARY 2ND__, 2021

**PAZOS LAW GROUP, P.A.**

800 Douglas Road, Suite 830         Tiffany Moore Russell as Clerk of said Court
Coral Gables, Florida 33134
T. (305) 330-1643    F. (305) 587-2098
 Email: Aileen@pazoslawgroup.com
Service Email: serviceinsurance@pazoslawgroup.com

/s/ Aileen Siles                              /s/ Rosa Aviles
Aileen Siles, Esq. / Florida Bar No.: 1015640                  as Deputy Clerk
                                         (Court Seal)

425 North Orange Ave.
Suite 350
Orlando, Florida 32801

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2020-CA-012510-O

WEATHERPROOF WRAPS LLC,
(a/a/o Holy Trinity Greek Orthodox Church),

      Plaintiff,

v.

HANOVER INSURANCE COMPANY,

      Defendant.

_____/

## **AMENDED COMPLAINT**

Plaintiff, WEATHERPROOF WRAPS LLC, (hereinafter "Plaintiff"), by and through undersigned counsel, sues the Defendant, HANOVER INSURANCE COMPANY, (hereinafter "Defendant"), and alleges:

## **GENERAL ALLEGATIONS TO ALL COUNTS**

1.      This is an action for damages which exceeds $30,000.00, exclusive of court costs, attorney's fees, and interest, and therefore within the jurisdiction of this Court.

2.      At all material times, Plaintiff is a Florida corporation licensed to do business in the State of Florida and conducting business in Orange County and is otherwise *sui juris*. As such, venue is proper in Orange County, Florida.

3.      At all material times, Defendant is an insurance company authorized to do business in the State of Florida and doing business in Orange County, Florida, and is otherwise *sui juris*.

## **COUNT I – BREACH OF CONTRACT**

4.      Plaintiff readopts and realleges Paragraphs 1 through 3 above as if fully stated herein, and further alleges as follows:

5.     Plaintiff brings this action based upon an after-loss assignment of insurance proceeds by Holy Trinity Greek Orthodox Church (hereinafter "Church").

6.     At all material times, Church entered into an insurance contract with Defendant bearing policy number ZDJH07891400, (the "Policy"), which provided property insurance for Church's property located at 1217 Trinity Woods Lane, Maitland, FL 32751, (the "Property"). Defendant is in possession of a Certified Copy of the Policy.  A request for the Policy has been made and a Certified Copy of the Policy will be filed with the Court upon receipt.[1]

7.     On or about June 24, 2020, Church suffered extensive damages as a result of a sudden and accidental Hailstorm at the Property (hereinafter referred to as the "Loss").

8.     The Policy was in full force and effect on the date of the subject loss.

9.     Following the submission of the Defendant acknowledged Church's claim and assigned it claim number 1900697040 (hereinafter referred to as the "Claim").

10.     Upon information and belief, the Policy provides insurance coverage for all of the losses, damages and expenses that Church has suffered and incurred.

11.     Church is entitled to insurance benefits for the damages incurred as a result of the Loss under the above-referenced policy.

12.     On or about August 3, 2020, Church retained Plaintiff to perform mitigation services and/or repairs at the aforementioned property.

---

[1] Notwithstanding he requirements of Fla.R.Civ.P. 1.130(a) it is well-established under Florida Law (with analogous rulings made by every District Court of Appeals in the state) that, "where the complaint alleged that the defendant was a party to the contract and that the contract was not in the pleader's possession. . .the pleader should be given an opportunity to establish the contract's existence by discovery." *Amiker v. Mid-Century Ins. Co.,* 398 So.2d 974, 975 (Fla. 1st DCA 1981). See also *Sachse v. Tampa Music Co.,* 262 So.2d 17, 19 (Fla. 2d DCA 1972); *Parkway General Hospital, Inc. v. Allstate Ins. Co.*, 393 So.2d 1171, 1172 (Fla. 3d DCA 1981); *Equity Premium Inc. v. Twin City Fire Ins. Co.,* 956 So.2d 1257, 1258 (Fla. 4th DCA 2007); *Seaboard Coast Line R. Co. v. Brummitt,* 390 So.2d 170, 171 (Fla. 5th DCA 1980).

13.     Plaintiff provided necessary services for Church and in exchange, Church authorized direct payment and assigned its property insurance rights, benefits, and proceeds to the Plaintiff, as consideration for the repairs and/or services performed by the Plaintiff. A copy of the Contract for Services, Work Authorization, and/or Assignment of Insurance Benefits is marked and attached hereto as Plaintiff's **Exhibit "A"**.

14.     In accordance with the terms and conditions of the Policy, Plaintiff gave Defendant prompt and timely notice of Plaintiff's claim.  Plaintiff timely billed Defendant in the amount of $177,575.00 for the mitigation services rendered at the Property in relation to the subject loss, which is covered under the aforesaid Policy. A copy of Plaintiff's outstanding invoice is attached and marked hereto as Plaintiff's **Exhibit "B".**

15.      Pursuant to the Policy issued by the Defendant and Florida law, Defendant had ninety (90) days in which to pay the aforementioned invoice.

16.     To date, Defendant has breached the terms of the Policy by failing to pay the full benefits due and owed to Plaintiff for services rendered.

17.     Due to Defendant's failure to pay the aforementioned invoice and pursuant to Florida Statute § 627.7152, on or about December 1, 2020, Plaintiff submitted its written notice of intent to initiate litigation to the Defendant and Insured via electronic delivery and/or certified mail. A copy of Plaintiff's written notice of intent to initiate litigation to Defendant is attached and marked hereto as Plaintiff's **Exhibit "C"**.

18.     Defendant received Plaintiff's written notice of intent to initiate litigation on December 1, 2020, via fax and/or e-mail correspondence.

19.     Pursuant to Florida Statute § 627.7152(9)(b), Defendant was required to respond in writing to the above-mentioned notice within ten (10) business days after receiving the notice.

#

20.     To the best of Plaintiff's knowledge and belief, to date, the ten (10) day time-period has elapsed and the Defendant still has not acknowledged Plaintiff's written notice of intent to initiate litigation, presented Plaintiff with its Pre-Suit Settlement Offer, issued payment to Plaintiff, and/or require Plaintiff to participate in Appraisal or alternative dispute resolution.

21.     The Defendant's refusal to pay the full amount of the services rendered by the Plaintiff was contrary to the terms of the Policy, Florida Statute § 627.70131(5)(a), and was a breach of said contract of insurance.

22.     The Plaintiff has been damaged by the Defendant's breach of said contract of insurance by not having been compensated for the services rendered to the insured property.

23.     That as a direct and proximate result of the Defendant's refusal to pay Plaintiff for services rendered, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect Plaintiff's interests and Plaintiff has become obligated to pay them a reasonable fee for their services in bringing this action.

24.     Plaintiff has complied with all terms and conditions of the Policy and all conditions precedent to the bringing of the instant action have been performed, waived or excused.

25.     In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney's fees and costs pursuant to Florida Statute § 627.428, Florida Statute § 627.7153, Florida Statute § 57.105, Florida Statute § 626.9373 and/or Florida Statute § 627.7152.

WHEREFORE, the Plaintiff, WEATHERPROOF WRAPS LLC, demands judgment against the Defendant, HANOVER INSURANCE COMPANY, for damages including, but not limited to, payment of Plaintiff's invoice/bill, interest allowed by law, reasonable attorney's fees and costs pursuant to Florida Statute § 627.428, Florida Statute § 627.7152, Florida Statute § 627.7153, Florida Statute § 57.105, Florida Statute § 626.9373 and/or any other relief this Court

$

deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts and on all issues so triable.

## DESIGNATION OF E-MAIL ADDRESSES

Plaintiffs designate the following e-mail addresses for service of court documents in this action.

Nadia Pazos, Esq.                  Nadia@pazoslawgroup.com
E-Service Designation         Serviceinsurance@pazoslawgroup.com

   Respectfully submitted,



**PAZOS LAW GROUP, P.A**.
800 Douglas Road, Suite 830
Coral Gables, Florida 33134
T. (305) 330-1643   F. (305) 587-2098
Email: Nadia@pazoslawgroup.com
Service Email: serviceinsurance@pazoslawgroup.com
*/s/ Nadia Pazos*
Nadia Pazos, Esq. / Florida Bar No.: 89160



**WEATHERPROOF WRAPS**
WE HAVE YOU COVERED

# EXHIBIT "A"

20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS
www.weatherproofwraps.com

## ASSIGNMENT OF BENEFITS

Insured(s) 1:     Holy Trinity Greek Orthodox Church
                  _____
                  Full Name

                  407-314-0073                    sophiahcardoba@gmail.com
                  _____            _____
                  Phone                            Email Address

Insured(s) 2:     _____
                  Full Name

                  _____            _____
                  Phone                            Email Address

Property Address:  1217 Trinity Woods Lane, Maitland, FL 32751

Insurance Company:  Hanover Insurance Group

Policy Number: ZDJH07891400              Claim Number:  1900697040

Type of Loss: Hail                       Date of Loss:  6/24/20

**Agreement:** I, the Homeowner/Insured, and or its representative for the property located at
1217 Trinity Woods Lane, Maitland, FL 32751 (hereinafter "Client"), authorize
Weatherproof Wraps (hereinafter "WW") to enter said property to perform roof wrapping services. Client and WW
hereby acknowledge that the services to be provided are NOT being provided in an urgent or emergency circumstance.
Client agrees to fully cooperate with insurance company as required by the subject policy of insurance and comply with
all post-loss duties required by same.

**Assignment of Benefits and Direct Payment Authorization:** Client hereby assign any and all insurance rights,
benefits, and proceeds under my property insurance policy up to the amount of the services provided by WW. Client
also hereby instructs and directs my insurance carrier to make a separate and individual payment to be sent directly to
WW, or its representatives for their services in the instant matter. Client makes this assignment and authorization in
consideration of WW's agreement to perform services and supply materials and otherwise perform its obligations
under this contract, including not requiring full payment at the time of service. Client believes the appropriate
insurance carrier to be     Hanover Insurance Group                        . WW shall provide a copy
of the executed assignment agreement to the insurer within 3 business days after the date on which the assignment
agreement was executed or the date on which work begins, whichever is earlier. Delivery of the copy of the
assignment agreement to the insurer shall be made by one of the methods prescribed in Fla. Stat. § 627.7152.
Client also hereby instructs my insurance carrier to release any and all information requested by WW its
representative, or its Attorney solely for the direct purpose of obtaining actual benefits to be paid by my insurance
carrier for services rendered or to be rendered.

SHC
_____ / _____
Initials

DocuSign Envelope ID: 7512647B-0B35-4FAC-A0B5-BE245525BEE7

**WEATHERPROOF WRAPS**
WE HAVE YOU COVERED

20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS
www.weatherproofwraps.com

Client hereby assigns all legal rights to recover any and all insurance proceeds owed by my insurance company regarding this loss; including but not limited to the right to bring appropriate legal action up to the amount owed for the services rendered by WW. WW shall be entitled to any and all recovery of costs, and attorney's fees associated with the collection of its invoice from Client's Insurance Company as provided for under Fla. Stat. § 627.7152, 627.428 or any other law. Client has the right to rescind the assignment agreement without a penalty or fee by submitting a written notice of rescission signed by Client to WW within 14 days after the execution of the agreement, at least 30 days after the date work on the property is scheduled to commence if WW has not substantially performed, or at least 30 days after the execution of the agreement if the agreement does not contain a commencement date and the assignee has not begun substantial work on the property. For the purposes of this agreement Service Provide shall be deemed to have done substantial work once it has begun a visual inspection of the property.

**Deductible:** All deductibles under the policy shall be charged against Client (insured) and shall not be subtracted or reduced from the amount paid to WW or its successors or assigns. Client's intent is for WW or its successors or assigns, to be paid in full. The Insurance Company is instructed to pay WW or its successors or assigns, in full without reducing the payment by the amount of any deductibles.

**Payments, Terms and Interest:** If for any reason payment is made to the Owner/Agent by an insurer for the services provided by WW under the instant contract, it shall be endorsed over to WW within three (3) business days. Client agrees that any portion of work, deductibles, betterment, depreciation or additional work requested by the undersigned, not covered by insurance, must be paid by the undersigned on or before its completion. Client hereby appoints WW as attorney in-fact, authorizing WW to endorse Client's name, and to deposit insurance checks or drafts for WW. Payment terms to WW are net-30 days. In the event that legal or collection agency proceedings must be instituted to recover any amount due, WW shall be entitled to recover the cost of collections, including, collection agencies, attorney's fee and courts, plus a finance charge of 1.5% per month applicable to all amounts due. In exchange for this assignment of benefits WW agrees to indemnify and hold harmless Client from all liabilities, damages, losses, and costs, including, but not limited to, attorney fees, should the policy subject to the assignment agreement prohibit, in whole or in part, the assignment of benefits. Client acknowledges receipt of the itemized per-unit cost estimate and statutory notice required by Fla. Stat. section 627.7152 and they are full incorporated herein.

**Stop Work-Hold Harmless:** In the event WW is not allowed to perform its recommended services and protocols for any reason beyond its control, Client agrees to release and hold WW harmless, and indemnify WW against all claims or actions that may result from such procedures.

**Client has read and understand the information above and have received a copy for my records. This contract is intended to be legally binding and contains all of the terms and conditions between the parties.**

*Sophia Hatz-Cardoba*
B58E950E924345E

==Signature of Insured==                                    ==Signature of Insured==

Holy Trinity Greek Orthodox Church

==Printed Name of Insured==                                  ==Printed Name of Insured==

8/3/2020

==Date==                                                    ==Date==

==Signature on Behalf of Weatherproof Wraps==

20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS

www.weatherproofwraps.com



## Itemized Per-Unit Cost Estimate (subject to change)

| Temporary shrink wrap tarping services | |
|---|---|
| | $5.00 per square foot of area covered |
| 50 foot pull behind boom (if needed) | $600.00 |
| 50 foot 4 x 4 boom (if needed) | $900.00 |
| 60 foot 4 x 4 boom (if needed) | $1000.00 |
| Open and re-seal shrink wrap for insurance company inspection | $1.25 per square foot |

Estimated Square Feet of the roof at the property listed on this contract: ___34915_____ sq ft.

==Signature on Behalf of WeatherproofWraps==  _____

_Sophia Hatz-Cardoba_

==Signature of Insured==

==Signature of Insured==

Holy Trinity Greek Orthodox Church

==Printed Name of Insured==

==Printed Name of Insured==

8/3/2020

==Date==

==Date==



20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS
www.weatherproofwraps.com

**Continuation of Assignments of Benefit** from Holy Trinity Greek Orthodox Church **to Weatherproof Wraps**

# YOU ARE AGREEING TO GIVE UP CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY TO A THIRD PARTY, WHICH MAY RESULT IN LITIGATION AGAINST YOUR INSURER. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING IT. YOU HAVE THE RIGHT TO CANCEL THIS AGREEMENT WITHOUT PENALTY WITHIN 14 DAYS AFTER THE DATE THIS AGREEMENT IS EXECUTED, AT LEAST 30 DAYS AFTER THE DATE WORK ON THE PROPERTY IS SCHEDULED TO COMMENCE IF THE ASSIGNEE HAS NOT SUBSTANTIALLY PERFORMED, OR AT LEAST 30 DAYS AFTER THE EXECUTION OF THE AGREEMENT IF THE AGREEMENT DOES NOT CONTAIN A COMMENCEMENT DATE AND THE ASSIGNEE HAS NOT BEGUN SUBSTANTIAL WORK ON THE PROPERTY. HOWEVER, YOU ARE OBLIGATED FOR PAYMENT OF ANY CONTRACTED WORK PERFORMED BEFORE THE AGREEMENT IS RESCINDED. THIS AGREEMENT DOES NOT CHANGE YOUR OBLIGATION TO PERFORM THE DUTIES REQUIRED UNDER YOUR PROPERTY INSURANCE POLICY.

DocuSigned by:

*Sophia Hatz-Cardoba*

B58F950E924345E

**Signature of Insured**                    **Signature of Insured**

8/3/2020

_____          _____

**Date**                                    **Date**

DocuSign Envelope ID: 7512647B-0B35-4FAC-A085-BF245525BFE7

# EXHIBIT"B"

**Weatherproof Wraps**

20 Jacob Ct

Ponte Vedra, FL  32081 US

steve@weatherproofwraps.com

www.weatherproofwraps.com



**BILL TO**

International Insurance

Company of Hanover

## INVOICE 437

**DATE** 08/05/2020   **TERMS** Due on receipt

**DUE DATE** 08/05/2020

| ACTIVITY | DESCRIPTION | SQ. FEET | RATE | AMOUNT |
|---|---|---|---|---|
| Services | Sophia Hatz-Cordoba / 2007-1528546-01 / ROOFING(Shrink Wrap) | 34,915 | 5.00 | 174,575.00 |

Holy Trinity Greek Orthodox Church
Sophia Hatz-Cordoba
1217 Trinity Woods Lane
 Maitland , FL  32751
Insurance Company Hanover Insurance Group
Claim # 1900697040

| TOTAL DUE | $174,575.00 |
|---|---|

**Weatherproof Wraps**

20 Jacob Ct
Ponte Vedra, FL  32081 US
steve@weatherproofwraps.com
www.weatherproofwraps.com



**BILL TO**
International Insurance
Company of Hanover

## INVOICE 558

**DATE** 11/18/2020   **TERMS** Due on receipt

**DUE DATE** 11/18/2020

| ACTIVITY | DESCRIPTION | SQ. FEET | RATE | AMOUNT |
|---|---|---|---|---|
| **Services** | Sophia Hatz-Cordoba / 2007-1528546-01 / ROOFING(Shrink Wrap) | 1 | Flat | $3000.00 |

SUPPLEMENT

Holy Trinity Greek Orthodox Church
Sophia Hatz-Cordoba
1217 Trinity Woods Lane
 Maitland , FL  32751
Insurance Company Hanover Insurance Group
Claim # 1900697040

| TOTAL DUE | **$3000.00** |
|---|---|



EXHIBIT "C"

800 Douglas Road, Suite 830, Coral Gables, Florida 33134
Tel. (305) 330-1643   Fax. (305) 587-2098
www.PazosLawGroup.com

December 1, 2020

**SENT VIA E- MAIL TO:**
Holy Trinity Greek Orthodox Church
sophiahcardoba@gmail.com

|  | RE: | INSURED: | Holy Trinity Greek Orthodox Church |
|---|---|---|---|
|  |  | INSURANCE CO.: | Hanover Insurance Group |
|  |  | POLICY NUMBER: | ZDJH07891400 |
|  |  | CLAIM NUMBER: | 1900697040 |
|  |  | INSURED PROPERTY: | 1217 Trinity Woods Lane, Maitland, FL 32751 |

Dear Holy Trinity Greek Orthodox Church,

My office represents Weatherproof Wraps LLC. Pursuant to Florida Statute § 627.7152(9), enclosed is a copy of a letter sent on behalf of my client to your insurance company demanding payment for the outstanding balance owed to its office. This letter simply serves as notice to yourself and does not require any action on your behalf.

If you have any questions regarding my client's outstanding invoice, please reach out to Weatherproof Wraps LLC directly.

Sincerely,

*/s/Nadia Pazos*

Nadia@pazoslawgroup.com

Enclosure: Letter to Hanover Insurance Group



800 Douglas Road, Suite 830, Coral Gables, Florida 33134
Tel. (305) 330-1643   Fax. (305) 587-2098
www.PazosLawGroup.com

December 1, 2020

**SENT VIA E-MAIL TO:**
Hanover Insurance Group
*Boyerclaim@hanover.com*
*Jahennesey@hanover.com*

## WRITTEN NOTICE TO INITIATE LITIGATION PURSUANT TO F.S. § 627.7152(9)

INSURED:                    Holy Trinity Greek Orthodox Church
INSURANCE CO.:         Hanover Insurance Group
POLICY NUMBER:       ZDJH07891400
CLAIM NUMBER:         1900697040
INSURED PROPERTY:  1217 Trinity Woods Lane, Maitland, FL 32751

Dear Hanover Insurance Group:

This is a Demand Letter under Florida Statute § 627.7152(9) for Insurance benefits pursuant to the contract of Insurance on behalf of the Mitigation Service Provider listed below:

| MITIGATION SERVICES PROVIDER | Weatherproof Wraps LLC |
|---|---|
| DATE(S) of SERVICE or DATE AOB EXECUTED: | August 3, 2020 |
| AMOUNT OF BENEFITS CLAIMED: | $177,575.00 |
| AMOUNT OF DAMAGES IN DISPUTE: | $177,575.00 |
| AMOUNT CLAIMED TO BE DUE*: <br> **\*Weatherproof Wraps LLC's Pre-Suit Settlement Demand** <br> **\*This demand is exclusive of attorney's fees** | $177,575.00 |

Please be advised this demand is hereby made for the payment of post-loss benefits under a residential property insurance policy as assigned in whole or in part by the insured ("assignee") for services provided by the above-referenced mitigation services provider to protect, repair, restore, or replace property or to mitigate against further damage to the subject property as a result of a covered peril insured against. Payment for these services is overdue as of the date of this letter.

Pursuant to Florida Statute § 627.7152(9) enclosed is a copy of the assignment of benefits, a detailed written invoice and/or estimate of services rendered, documentation evidencing the work

has been performed per industry standards, and any additional documentation itemizing but not limited to, the costs for labor, materials, scope of work, equipment related to the subject claim for insurance benefits.

As you know, Section 627.7152 (9) Florida Statutes requires that an Insurer to respond to this Pre-Suit Settlement Demand with a Pre-Suite Settlement Offer within **ten** (10) business days after receiving notice pursuant to Section 627.7152(9)(a) or other method of alternative dispute resolution under the policy. Failure to pay within the allowed time period and/or respond to this Demand will result in the immediate institution of a civil suit for damages, interest, attorney's fees and costs.

Again, **DEMAND IS HEREBY MADE FOR THE OUTSTANDING BALANCE LISTED ABOVE IN THE AMOUNT OF:** $177,575.00

**PLEASE FORWARD ALL CHECKS TO (Overdue benefits plus interest due):** Pazos Law Group, P.A., 800 Douglas Road, Suite 830, Coral Gables, Florida 33134, **and make checks payable as follows:**

EMS Provider**:**        **Weatherproof Wraps LLC**
Tax ID#:            **83-1905640**

We look forward to your timey response and resolution of this disputed claim.

Sincerely,

*/s/Nadia Pazos*

Nadia@pazoslawgroup.com

cc:
Holy Trinity Greek Orthodox Church
sophiahcardoba@gmail.com

DocuSign Envelope ID: 7512647B-0B35-4FAC-A085-BE245525BEE7



20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS
www.weatherproofwraps.com

## ASSIGNMENT OF BENEFITS

Insured(s) 1:     Holy Trinity Greek Orthodox Church
_____
Full Name

407-314-0073                    sophiahcardoba@gmail.com
_____        _____
Phone                            Email Address

Insured(s) 2:     _____
Full Name

_____        _____
Phone                            Email Address

Property Address:   1217 Trinity Woods Lane, Maitland, FL 32751
_____

Insurance Company:   Hanover Insurance Group
_____

Policy Number: ZDJH07891400              Claim Number:  1900697040
_____            _____

Type of Loss: Hail                       Date of Loss:  6/24/20
_____            _____

**Agreement:** I, the Homeowner/Insured, and or its representative for the property located at
      1217 Trinity Woods Lane, Maitland, FL 32751      (hereinafter "Client"), authorize
Weatherproof Wraps (hereinafter "WW") to enter said property to perform roof wrapping services. Client and WW
hereby acknowledge that the services to be provided are NOT being provided in an urgent or emergency circumstance.
Client agrees to fully cooperate with insurance company as required by the subject policy of insurance and comply with
all post-loss duties required by same.

**Assignment of Benefits and Direct Payment Authorization:** Client hereby assign any and all insurance rights,
benefits, and proceeds under my property insurance policy up to the amount of the services provided by WW. Client
also hereby instructs and directs my insurance carrier to make a separate and individual payment to be sent directly to
WW, or its representatives for their services in the instant matter. Client makes this assignment and authorization in
consideration of WW's agreement to perform services and supply materials and otherwise perform its obligations
under this contract, including not requiring full payment at the time of service. Client believes the appropriate
insurance carrier to be     Hanover Insurance Group     . WW shall provide a copy
of the executed assignment agreement to the insurer within 3 business days after the date on which the assignment
agreement was executed or the date on which work begins, whichever is earlier. Delivery of the copy of the
assignment agreement to the insurer shall be made by one of the methods prescribed in Fla. Stat. § 627.7152.
Client also hereby instructs my insurance carrier to release any and all information requested by WW its
representative, or its Attorney solely for the direct purpose of obtaining actual benefits to be paid by my insurance
carrier for services rendered or to be rendered.

DS
SHC
_____/ _____
Initials

Client hereby assigns all legal rights to recover any and all insurance proceeds owed by my insurance company regarding this loss; including but not limited to the right to bring appropriate legal action up to the amount owed for the services rendered by WW. WW shall be entitled to any and all recovery of costs, and attorney's fees associated with the collection of its invoice from Client's Insurance Company as provided for under Fla. Stat. § 627.7152, 627.428 or any other law. Client has the right to rescind the assignment agreement without a penalty or fee by submitting a written notice of rescission signed by Client to WW within 14 days after the execution of the agreement, at least 30 days after the date work on the property is scheduled to commence if WW has not substantially performed, or at least 30 days after the execution of the agreement if the agreement does not contain a commencement date and the assignee has not begun substantial work on the property. For the purposes of this agreement Service Provide shall be deemed to have done substantial work once it has begun a visual inspection of the property.

**Deductible:** All deductibles under the policy shall be charged against Client (insured) and shall not be subtracted or reduced from the amount paid to WW or its successors or assigns. Client's intent is for WW or its successors or assigns, to be paid in full. The Insurance Company is instructed to pay WW or its successors or assigns, in full without reducing the payment by the amount of any deductibles.

**Payments, Terms and Interest:** If for any reason payment is made to the Owner/Agent by an insurer for the services provided by WW under the instant contract, it shall be endorsed over to WW within three (3) business days. Client agrees that any portion of work, deductibles, betterment, depreciation or additional work requested by the undersigned, not covered by insurance, must be paid by the undersigned on or before its completion. Client hereby appoints WW as attorney in-fact, authorizing WW to endorse Client's name, and to deposit insurance checks or drafts for WW. Payment terms to WW are net-30 days. In the event that legal or collection agency proceedings must be instituted to recover any amount due, WW shall be entitled to recover the cost of collections, including, collection agencies, attorney's fee and courts, plus a finance charge of 1.5% per month applicable to all amounts due. In exchange for this assignment of benefits WW agrees to indemnify and hold harmless Client from all liabilities, damages, losses, and costs, including, but not limited to, attorney fees, should the policy subject to the assignment agreement prohibit, in whole or in part, the assignment of benefits. Client acknowledges receipt of the itemized per-unit cost estimate and statutory notice required by Fla. Stat. section 627.7152 and they are full incorporated herein.

**Stop Work-Hold Harmless:** In the event WW is not allowed to perform its recommended services and protocols for any reason beyond its control, Client agrees to release and hold WW harmless, and indemnify WW against all claims or actions that may result from such procedures.

**Client has read and understand the information above and have received a copy for my records. This contract is intended to be legally binding and contains all of the terms and conditions between the parties.**

_Sophia Hatz-Cardoba_
B58E950E924345E

**Signature of Insured**                          **Signature of Insured**

Holy Trinity Greek Orthodox Church

**Printed Name of Insured**                       **Printed Name of Insured**

8/3/2020

**Date**                                          **Date**

_Steph Bin_

**Signature on Behalf of WeatherproofWraps**

20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS

www.weatherproofwraps.com



## Itemized Per-Unit Cost Estimate (subject to change)

| Temporary shrink wrap tarping services | |
|---|---|
| | $5.00 per square foot of area covered |
| 50 foot pull behind boom (if needed) | $600.00 |
| 50 foot 4 x 4 boom (if needed) | $900.00 |
| 60 foot 4 x 4 boom (if needed) | $1000.00 |
| Open and re-seal shrink wrap for insurance company inspection | $1.25 per square foot |

Estimated Square Feet of the roof at the property listed on this contract: __34915_____ sq ft.

Signature on Behalf of WeatherproofWraps _____

DocuSigned by:

*Sophia Hatz-Cardoba*

B58F060E024346E...

**Signature of Insured**                    **Signature of Insured**

Holy Trinity Greek Orthodox Church

**Printed Name of Insured**                 **Printed Name of Insured**

8/3/2020

**Date**                                    **Date**



20 Jacob Court, Ponte Vedra, FL 32081 (833) 55-WRAPS
www.weatherproofwraps.com

**Continuation of Assignments of Benefit** from Holy Trinity Greek Orthodox Church **to Weatherproof Wraps**

# YOU ARE AGREEING TO GIVE UP CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY TO A THIRD PARTY, WHICH MAY RESULT IN LITIGATION AGAINST YOUR INSURER. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING IT. YOU HAVE THE RIGHT TO CANCEL THIS AGREEMENT WITHOUT PENALTY WITHIN 14 DAYS AFTER THE DATE THIS AGREEMENT IS EXECUTED, AT LEAST 30 DAYS AFTER THE DATE WORK ON THE PROPERTY IS SCHEDULED TO COMMENCE IF THE ASSIGNEE HAS NOT SUBSTANTIALLY PERFORMED, OR AT LEAST 30 DAYS AFTER THE EXECUTION OF THE AGREEMENT IF THE AGREEMENT DOES NOT CONTAIN A COMMENCEMENT DATE AND THE ASSIGNEE HAS NOT BEGUN SUBSTANTIAL WORK ON THE PROPERTY. HOWEVER, YOU ARE OBLIGATED FOR PAYMENT OF ANY CONTRACTED WORK PERFORMED BEFORE THE AGREEMENT IS RESCINDED. THIS AGREEMENT DOES NOT CHANGE YOUR OBLIGATION TO PERFORM THE DUTIES REQUIRED UNDER YOUR PROPERTY INSURANCE POLICY.

DocuSigned by:

*Sophia Hatz-Cardoba*

B58F850E924345E
_____          _____
**Signature of Insured**                    **Signature of Insured**

8/3/2020
_____                          _____
**Date**                                    **Date**

**Weatherproof Wraps**
20 Jacob Ct
Ponte Vedra, FL 32081 US
steve@weatherproofwraps.com
www.weatherproofwraps.com



**BILL TO**
International Insurance
Company of Hanover

## INVOICE 437

**DATE** 08/05/2020   **TERMS** Due on receipt

**DUE DATE** 08/05/2020

| ACTIVITY | DESCRIPTION | SQ. FEET | RATE | AMOUNT |
|---|---|---|---|---|
| **Services** | Sophia Hatz-Cordoba / 2007-1528546-01 / ROOFING(Shrink Wrap) | 34,915 | 5.00 | 174,575.00 |

Holy Trinity Greek Orthodox Church
Sophia Hatz-Cordoba
1217 Trinity Woods Lane
 Maitland , FL 32751
Insurance Company Hanover Insurance Group
Claim # 1900697040

| TOTAL DUE | $174,575.00 |
|---|---|

**Weatherproof Wraps**
20 Jacob Ct
Ponte Vedra, FL  32081 US
steve@weatherproofwraps.com
www.weatherproofwraps.com



**BILL TO**
International Insurance
Company of Hanover

## INVOICE 558

**DATE** 11/18/2020   **TERMS** Due on receipt

**DUE DATE** 11/18/2020

| ACTIVITY | DESCRIPTION | SQ. FEET | RATE | AMOUNT |
|---|---|---|---|---|
| **Services** | Sophia Hatz-Cordoba / 2007-1528546-01 / ROOFING(Shrink Wrap) | 1 | Flat | $3000.00 |

SUPPLEMENT

Holy Trinity Greek Orthodox Church
Sophia Hatz-Cordoba
1217 Trinity Woods Lane
 Maitland , FL  32751
Insurance Company Hanover Insurance Group
Claim # 1900697040

| TOTAL DUE | **$3000.00** |
|---|---|

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
STEPHEN T. FINERAN, JR.

**2** Business name/disregarded entity name, if different from above
CONSTRUCTION SALES AND MARKETING LLC, DBA WEATHERPROOF WRAPS

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
20 JACOB COURT

**6** City, state, and ZIP code
PONTE VEDRA, FL 32081

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

| | | | - | | | - | | | | |

**or**

**Employer identification number**

| 8 | 3 | - | 1 | 9 | 0 | 5 | 6 | 4 | 0 |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ 1/1/2020

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)